JEANNE H. RAYPHAND
Box 502020
Saipan, MP 96950
   Telephone Nos.:  (670) 287-9807
   E-Mail:          jeanneesq@yahoo.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN H. DAVIS, JR.,<br><br>        Plaintiff,<br><br>vs.<br><br>COMMONWEALTH ELECTION COMMISSION; FRANCES M. SABLAN, Chairperson of Commonwealth Election Commission; ROBERT A. GUERRERO, Executive Director of Commonwealth Election Commission; ELOY INOS, Governor of the Commonwealth of the Northern Mariana Islands,<br><br>        Defendants. | CIVIL ACTION NO. 14-0002<br><br>DECLARATION OF PLAINTIFF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT<br><br>Date of Hearing: March 20, 2014<br>                       1:30 p.m. |

I, JOHN H. DAVIS, JR., under penalty of perjury, do hereby declare as follows:

1. I am the plaintiff in this action.

2. I am a United States citizen and a resident and registered voter of the Commonwealth of the Northern Mariana Islands.

3. I am not a person of Northern Marianas descent.

1

4. I am eligible to vote pursuant to Article VII § 1 of the Commonwealth Constitution.

5. Upon information and belief, public issues regarding the amendment of the Commonwealth Constitution, art. XII, will be decided in the November 2014 election.

6. I am a taxpayer in the Commonwealth of the Northern Mariana Islands.

7. The defendants are seriously intent on enforcing Article XVIII(5)(c) and Public Law 17-40 and denying me and other United States citizens not of Northern Marianas descent the right to vote as shown by the regulations they have promulgated and the ongoing processing of registration of persons of Northern Marianas descent.

8. If Article XVIII(5)(c) and Public Law 17-40 are allowed to stand, I will be denied the right to vote on a public issue, i.e., an amendment to the Commonwealth Constitution.

9. By the time a proposed amendment to the Commonwealth Constitution is submitted to the Election Commission, i.e., not more than 120 days and not less than 90 days before the election, it will be too late to halt the denial of my right to vote.

10. Based on the law and regulations promulgated and based on the actions of defendants in processing the registration of persons of Northern Marianas descent, there is a credible threat and I fear that I will be denied the right to vote on public issues, i.e., an amendment of the Commonwealth Constitution, on account of my race.

11. The denial of my right to vote will result in irreparable injury.

12. The denial of my right to vote will result in the deprivation of my civil rights.

13. I have no adequate remedy at law.

14. The Commonwealth of the Northern Mariana Islands has no compelling interest in dividing its citizens into two classes based on race and discriminating against those citizens in

one class and favoring those in the other.

15. The Commonwealth of the Northern Mariana Islands has no compelling interest in dividing its citizens into two classes based on whether they or their ancestors were born or domiciled in the Northern Mariana Islands prior to 1950 and denying the right to vote to citizens of one class and granting the right to vote to the other class.

16. I make this declaration under penalty of perjury in support of my motion for summary judgment in this case.

I declare under penalty of perjury that the foregoing in true and correct and that this declaration was executed on __15__ of __February__, 2014, at Saipan, Commonwealth of the Northern Mariana Islands.

_____
JOHN H. DAVIS, JR.