OFFICE OF THE ATTORNEY GENERAL
Joey P. San Nicolas (F0342)
Attorney General
Charles E. Brasington (F0476)
Assistant Attorney General
Hon Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP  96950-8907
Tel:     (670) 664-2393
Fax:    (670) 664-2349
e-mail: charles.brasington.law@gmail.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **JOHN H. DAVIS, JR.**<br><br>**Plaintiff,**<br>v.<br><br>**COMMONWEALTH ELECTION COMMISSION; FRANCIS M. SABLAN, Chairperson of the Commonwealth Election Commission; ROBERT A. GUERRERO, Executive Director of the Commonwealth Election Commission; ELOY INOS, Governor of the Commonwealth of the Northern Mariana Islands.**<br><br>**Defendants.** | CIVIL CASE No. 14-0002<br><br>**CROSS MOTION FOR SUMMARY JUDGMENT**<br><br>**Judge:**  Ramona V. Manglona<br><br>**Date:**   April 24, 2014.<br><br>**Time:**   1:30 P.M. |

COMES NOW, defendants Commonwealth Election Commission ("CEC"), Francis M. Sablan, Chairperson of the CEC, Robert A. Guerrero, Executive Director of CEC, and Eloy Inos, Governor of the Commonwealth of the Northern Mariana Islands (collectively "Defendants"), by and through counsel, Charles E. Brasington, and hereby move under Federal Rule of Civil Procedure 56 for summary judgment in their favor.

As grounds for the Cross Motion, Defendants would show that there are no questions of material fact, and that the acts of Defendants do not violate the Fourteenth or Fifteenth Amendments to the U.S. Constitution, or 42 U.S.C. § 1971. The legal basis for the motion is

more fully set forth in the Memorandum in support of this Motion which is filed contemporaneously with this Motion.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the Court enter summary judgment in their favor.

RESPECTFULLY SUBMITTED.

DATED: March 20, 2014

                                        OFFICE OF THE ATTORNEY GENERAL

                                        /s/_____
                                        Charles E. Brasington
                                        Assistant Attorney General

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been electronically filed this 25th day of June 2012, with service requested to all parties of record.

OFFICE OF THE ATTORNEY GENERAL

/s/_____
Charles E. Brasington (T0085)
Assistant Attorney General