| | |
|---|---|
| 1 | OFFICE OF THE ATTORNEY GENERAL |
| | Joey P. San Nicolas (F0342) |
| 2 | Attorney General |
| | Charles E. Brasington (F0476) |
| 3 | Assistant Attorney General |
| | Hon Juan A. Sablan Mem. Bldg., 2nd Floor |
| 4 | Saipan, MP  96950-8907 |
| | Tel:     (670) 664-2393 |
| 5 | Fax:    (670) 664-2349 |
| | e-mail: charles.brasington.law@gmail.com |

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **JOHN H. DAVIS, JR.** | |
| **Plaintiff,** | |
| v. | CIVIL CASE No. 14-0002 |
| **COMMONWEALTH ELECTION COMMISSION; FRANCIS M. SABLAN, Chairperson of the Commonwealth Election Commission; ROBERT A. GUERRERO, Executive Director of the Commonwealth Election Commission; ELOY INOS, Governor of the Commonwealth of the Northern Mariana Islands.** | **NOTICE OF CROSS MOTION FOR SUMMARY JUDGMENT**<br><br>**Judge:**  Ramona V. Manglona<br>**Date:**   April 24, 2014.<br>**Time:**   1:30 P.M. |
| **Defendants.** | |

**PLEASE TAKE NOTICE** that the Cross Motion for Summary Judgment filed by defendants Commonwealth Election Commission ("CEC"), Francis M. Sablan, Chairperson of the CEC, Robert A. Guerrero, Executive Director of CEC, and Eloy Inos, Governor of the Commonwealth of the Northern Mariana Islands (collectively "Defendants"), shall be heard on April 24, 2014 at 1:30 p.m. in the U.S. District Court, Horiguchi Building, Garapan, Saipan, Commonwealth of the Northern Mariana Islands.

On that date, Defendants shall move to for summary judgment pursuant to Federal Rule of Civil Procedure 56. Defendants' motion is supported by the record and the memorandum filed concurrently herewith.

WHEREFORE, Defendants respectfully request that the Court grant their motion for summary judgment and grant summary judgment in their favor.

RESPECTFULLY SUBMITTED.

DATED: March 20, 2014                    OFFICE OF THE ATTORNEY GENERAL


/s/_____
Charles E. Brasington
Assistant Attorney General