F I L E D
Clerk
District Court

JUN 02 2014

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| JOHN H. DAVIS, JR., <br><br> Plaintiff, <br><br> v. <br><br> COMMONWEALTH ELECTION COMMISSION; FRANCES M. SABLAN, Chairperson of Commonwealth Election Commission; ROBERT A. GUERRERO, Executive Director of Commonwealth Election Commission; ELOY INOS, Governor of the Commonwealth of the Northern Mariana Islands, <br><br> Defendants. | Case No.: 1-14-CV-00002 <br><br><br> ORDER AWARDING FEES AND TAXING COSTS |

Plaintiff has submitted a request for attorney fees of $9,650.00 and costs of $587.85. (*See* ECF No. 16.) Defendants do not oppose the request. (*See* ECF No. 17.) The Court finds the request reasonable and awards attorney fees in the amount of $9,650.00 to Plaintiff and taxes costs in the amount of $587.85 against Defendants.

The Clerk is directed to close the case.

SO ORDERED this 2nd day of June, 2014.

_____
Ramona V. Manglona
Chief Judge