UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
OCT 14 2014
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FILED**
Clerk
District Court
OCT 14 2014
for the Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| JOHN H. DAVIS, Jr., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> COMMONWEALTH ELECTION COMMISSION; et al., <br><br> Defendants - Appellants. | No. 14-16090 <br><br> D.C. No. 1:14-cv-00002 <br> District of the Northern Mariana Islands <br><br> ORDER |

Before: O'SCANNLAIN and BYBEE, Circuit Judges.

Appellants' emergency motion for injunctive relief pending appeal is denied without prejudice to its renewal following presentation to the district court. *See* Fed. R. App. P. 8(a)(1)(C).

The briefing schedule established previously remains in effect.

DA/MOATT