| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 27 2017 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JOHN H. DAVIS, Jr.,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>COMMONWEALTH ELECTION COMMISSION; et al.,<br><br>    Defendants-Appellants. | No. 14-16090<br><br>D.C. No. 1:14-cv-00002<br>District of the Northern Mariana Islands,<br>Saipan<br><br>ORDER |

Before: THOMAS, Chief Judge, and CALLAHAN and MURGUIA, Circuit Judges.

Plaintiff-appellee is awarded attorney's fees and costs in an amount to which the parties have stipulated, $16,237.85. Defendants/appellants shall pay this sum to attorney Jeanne H. Rayphand.

The motion of the Northern Marianas Descent Corporation to intervene is DENIED.

The petition for panel rehearing and rehearing en banc is therefore DENIED as moot.