UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 07 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOHN H. DAVIS, Jr.,

    Plaintiff - Appellee,

v.

COMMONWEALTH ELECTION COMMISSION; et al.,

    Defendants - Appellants.

No. 14-16090

D.C. No. 1:14-cv-00002
U.S. District Court for the Northern Mariana Islands, Saipan

**MANDATE**

    The judgment of this Court, entered December 27, 2016, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Margoth Turcios
Deputy Clerk
Ninth Circuit Rule 27-7